UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

3:15mc72

**DISCLOSURE OF PRETRIAL SERVICES REPORTS VIA ELECTRONIC CASE FILING (ECF)**

Pursuant to 18 U.S.C. § 3153(c)(1), which governs the availability of the pretrial services reports to counsel for the accused and for the government prior to any detention hearing, the United States Probation Office for the Western District of North Carolina is authorized to disclose pretrial services reports to counsel for the accused and for the government. This disclosure shall be accomplished only by filing the pretrial services report for each case under seal on the CM/ECF filing system. Counsel for the accused and for the government may retain these reports, but must not re-disclose the reports to other persons. When a copy of the report is filed under seal, it will have a header on the first page advising the attorneys that (a), the report is not to be copied, (b), the report is not a public record, and (c) that the content may not be disclosed to other persons. Other than the disclosures laid out herein, the reports shall remain confidential, as provided in 18 U.S.C. § 3153(c)(1).

_____   2/22/15
Frank D. Whitney, Chief         Date
United States District Court Judge

_____   3-13-15
Max O. Cogburn, Jr.             Date
United States District Court Judge

_____   2-27-15
Robert J. Conrad, Jr.            Date
United States District Court Judge

FILED
CHARLOTTE, NC
APR 3 0 2015
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

_____  2/23/15
Graham C. Mullen            Date
Senior United States District Court Judge

_____  3/10/2015
Martin Reidinger            Date
United States District Court Judge

_____  3-4-15
Richard L. Voorhees         Date
Senior United States District Judge